UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DYLAN BEGIN,

       Plaintiffs

v.

BECTON, DICKINSON & CO,
       Defendants.

Case No. 3:21-cv-1329 VAB

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On February 15, 2023, the defendant filed a motion for summary judgment. On August 11, 2023, the Court entered an order (Doc. 42) granting the motion for summary judgment in favor of the defendant.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of August 2023.

Dinah M. Kinney, Clerk

By: /s/ Tatihana Murphy
Tatihana Murphy
Courtroom Deputy

EOD: 8/28/2023